AO91 (Rev. 12/03)  Criminal Complaint        *Felmy*        AUSA

United States District Court
Southern District of Texas
**FILED**

# UNITED STATES DISTRICT COURT          JUL 3 0 2018

David J. Bradley, Clerk of Court

_____Southern District Of Texas Brownsville Division_____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| **vs.** | |

Jaime MARTINEZ-De La Torre
A094 068 565  Mexico

Case Number: B-18- MJ-685

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about _____July 28, 2018_____ in _____Cameron_____ County, in

the _____Southern District Of Texas_____ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title _____8_____ United States Code, Section(s) _____1326(a)(1)/(b)(1)_____

I further state that I am a(n) <u>Border Patrol Agent</u> and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on July 28, 2018. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 20, 2015. The defendant was convicted of Alien Unlawfully Found In The United States After Deportation, Having Been Previously Convicted of A Felony on August 4, 2014. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $320 Mexican pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

_____
Signature of Complainant

Roman, Adolfo    Border Patrol Agent
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 30, 2018
_____          at    Brownsville, Texas
Date                                                               City/State

Ronald G. Morgan          U.S. Magistrate Judge
_____          _____
Name of Judge          Title of Judge          Signature of Judge